UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

SARA POKLUDA

                                           Plaintiff,

    **-v.-**

                                          Civil Action No.
                                          1:13-cv-335 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                                           Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                            OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Stephen J. Mastaitis, Jr.      STEPHEN J. MASTAITIS, JR.,
1412 Route 9P                                ESQ.
Saratoga Springs, New York 12866

**FOR THE DEFENDANT:**

Social Security Administration          DAVID L. BROWN, ESQ.
Office of Regional General Counsel    GRAHAM MORRISON, ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

# ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed March 21,

2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed March 21, 2014 (Dkt. No. 17) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Pokluda's request to remand this action is DENIED. The Commissioner's decision is AFFIRMED and Pokluda's complaint (Dkt. No. 1) is DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: April 28, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court